S. CANDEL COMPANY, INC., v. ABRAHAM RATKOWSKY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with

terms of order. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

JUAN P. MUNOZ and Others v. SANTIAGO BREWING COMPANY and Others. — Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

JUAN P. MUNOZ and Others v. SANTIAGO BREWING COMPANY and Others. — Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.